

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00689-CV

**TEN THOUSAND FIVE HUNDRED SIXTY-TWO DOLLARS AND NINETY-SIX CENTS ($10,562.96) UNITED STATES CURRENCY AND CERTAIN PROPERTY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14694
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that costs of the appeal are assessed against Appellant Lonnie Ray Hines.

SIGNED September 28, 2016.

_____
Rebeca C. Martinez, Justice